UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RENE RAMOS,<br><br>                    Defendant. | No.  4:17-CR-6029-EFS<br><br>**ORDER REQUIRING MEET-AND-CONFER AND SETTING PRETRIAL CONFERENCE AND TRIAL** |

**08/30/2017 at 9:00 AM in RICHLAND          PRETRIAL CONFERENCE (PTC)**

> All pretrial motions, including *Daubert* motions and motions *in limine*, shall be filed no later than **three (3) weeks prior** to this Pretrial Conference and will be heard at this Pretrial Conference.

**10/03/2017 at 9:00 AM in RICHLAND          TRIAL: JURY**

> All witness and exhibits lists, trial briefs, proposed jury instructions and verdict form, and requested voir dire shall be filed no later than **ten (10) days prior** to trial.

Within **three (3) business days of this Order**, counsel shall meet and confer to discuss the scope and timeline for discovery disclosures and filing of pretrial and trial-related documents.  At that conference, the U.S. Attorney's Office (USAO) shall 1) advise defense counsel which agencies were involved in the investigation, 2) confirm that all relevant discovery material has been requested from those

ORDER REQUIRING MEET-AND-CONFER AND SETTING
PRETRIAL CONFERENCE AND TRIAL - 1

agencies, and 3) inform defense counsel of the anticipated date that the discovery materials will be provided to counsel.

No later than **two (2) business days after that conference**, the parties shall file a **joint status report** on the outcome of that conference, including the following:

1. Any agreements reached and/or any areas of disagreement regarding the scope and manner for the parties' discovery disclosures; and

2. Recommended dates (either joint or individual) as to the following case management deadlines:

|  | **Recommended Dates** |
|---|---|
| Rule 16 expert summaries produced to other parties and emailed to Court:<br>　　USAO's Experts<br>　　Defendant's Experts<br>　　USAO's Rebuttal Experts |  |
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | (At least 3 weeks prior to the PTC, unless the parties agree to an abbreviated briefing schedule. All briefing must be complete at least 7 days before the PTC) |
| **PRETRIAL CONFERENCE**<br>*(Deadline for motions to continue trial)* | **August 30, 2017** |
| CIs' identities, and willingness to be interviewed disclosed to Defendant (if applicable) |  |
| Grand jury transcripts disclosed to Defendant:<br>　　Case Agent<br>　　CIs (if applicable)<br>　　Other Witnesses |  |
| Exhibit lists filed and emailed to the Court |  |
| Witness lists filed and emailed to the Court |  |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | (At least 10 days prior to trial) |

ORDER REQUIRING MEET-AND-CONFER AND SETTING
PRETRIAL CONFERENCE AND TRIAL - 2

| | |
|---|---|
| Exhibit binders delivered to parties and to the Court | |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | (At least 10 days prior to trial) |
| Trial notices filed with the Court | |
| Technology readiness meeting (in-person) | (At least 7 days prior to trial) |
| **JURY TRIAL**[1] | **October 3, 2017** |

Following receipt of counsel's joint status report, the Court will enter a Case Management Order[2] to govern the parties in this matter.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this  4TH  day of August 2017.

s/Edward F. Shea<br>EDWARD F. SHEA<br>Senior United States District Judge

---

[1] If a new trial date is desired, counsel must contact the Courtroom Deputy at (509) 943-8170 to obtain new trial and pretrial conference dates. In addition, Defendant must sign a Statement of Reasons supporting the continuance request. The Court's Statement of Reasons template can be found at the following link: http://www.waed.uscourts.gov/sites/default/files/forms/efs_stmt_reasons_mot_to_cont_20130214.pdf.

[2] The Court's standard Case Management Order template can be found at the following link: http://www.waed.uscourts.gov/sites/default/files/forms/Case_Management_Order-20130306.pdf

Document1

ORDER REQUIRING MEET-AND-CONFER AND SETTING
PRETRIAL CONFERENCE AND TRIAL - 3