# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2017

SEAN F. McAVOY, CLERK

| U.S.A. vs. | RAMOS, Rene | Docket No. | 4:17-CR-06029-EFS-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Rene Ramos, who was placed under Pretrial Supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke in the Court at Yakima, Washington, on the 31st day of July 2017, under the following conditions:

**Standard Condition No. 8:** Defendant is further advised, pursuant to 18 U.S.C. §922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding 1 year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of Pretrial Supervision in the Eastern District of Washington by:

**Violation No. 1:** On August 1, 2017, Rene Ramos was in possession of 22 rounds of .40 S&W ammunition.

22 rounds of ammunition were found in Mr. Ramos' residence during the initial inspection of his home.

REQUESTING NO ACTION BE ORDERED AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 08/10/2017

by   s/Curtis G. Hare

Curtis G. Hare

U.S. Pretrial Services Officer

THE COURT ORDERS

[ X]     No Action

[ ]      The Issuance of a Warrant

[ ]      The Issuance of a Summons

[ ]      The incorporation of the violations contained in this

       petition with the other violations pending before the

       Court.

[ ]      Defendant to appear before the Judge assigned to the case

[ ]      Defendant to appear before the Magistrate Judge.

[ ]      Other

*M. K. Dimke*

Signature of Judicial Officer

8/11/2017

Date