1  JOSEPH H. HARRINGTON
   Acting United States Attorney
2  Eastern District of Washington
3  Stephanie Van Marter
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 4:17-CR-6029-EFS |
|---|---|
| Plaintiff, | SUPERSEDING INDICTMENT |
| vs. | Vio: 21 U.S.C. § 846<br>Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine (Count 1) |
| RENE RAMOS, ██████████ | |
| Defendants. | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2<br>Possession with the Intent to Distribute 50 grams or More of Actual Methamphetamine (Count 2) |
| | 21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury Charges:

**COUNT ONE**

Beginning on a date unknown, but not later than December 2015, and continuing through July 27, 2017, in the Eastern District of Washington, the Defendants named herein, RENE RAMOS, ████████████████████, and

INDICTMENT – 1

1  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, did knowingly and intentionally combine, conspire,
2  confederate and agree together with each other and other persons, both known and
3  unknown to the Grand Jury, to commit the following offense against the United
4  States, to wit:  distribution of 500 grams or more of a mixture or substance
5  containing a detectable amount of methamphetamine, a Schedule II controlled
6  substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii); all in violation of
7  21 U.S.C. § 846.
8
9                                **COUNT TWO**
10
11     That on or about July 27, 2017, in the Eastern District of Washington, the
12  Defendant, RENE RAMOS, did knowingly and intentionally possess with the
13  intent to distribute 50 grams or more of actual methamphetamine, a Schedule II
14  controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18
15  U.S.C. § 2.
16                **NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS**
17     The allegations contained in this Superseding Indictment are hereby re-
18  alleged and incorporated by reference for the purpose of alleging forfeitures.
19     Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of
20  21 U.S.C. § 841(a)(1), as alleged in this Superseding Indictment, RENE RAMOS,
21  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, shall forfeit to
22  the United States of America, any property constituting, or derived from, any
23  proceeds obtained, directly or indirectly, as the result of such offense(s) and any
24  property used or intended to be used, in any manner or part, to commit or to
25  facilitate the commission of the offense(s).
26  
27     If any forfeitable property, as a result of any act or omission of the
28  Defendant:
        (a) cannot be located upon the exercise of due diligence;

INDICTMENT – 2

(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this ___ day of November, 2017.

A TRUE BILL

Foreperson

JOSEPH H. HARRINGTON
Acting United States Attorney

Stephanie Van Marter
Assistant United States Attorney

INDICTMENT – 3