PENALTY SLIP
SUPERSEDING INDICTMENT

DEFENDANT NAME: **RENE RAMOS**

TOTAL NO. COUNTS: 2

VIO: **21 U.S.C. § 846**
**Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine (Count 1)**

PENALTY: **CAG not less than 10 years nor more than life;**
**and/or $10,000,000 fine;**
**not less than 5 years nor more than life supervised release;**
**a $100 special penalty assessment; and**
**denial of certain federal benefits pursuant to**
**21 U.S.C. §§ 862 and 862a**

VIO: **21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)**
**Possession with the Intent to Distribute 50 Grams or More of Actual Methamphetamine (Count 2)**

PENALTY: **CAG not less than 10 years nor more than life;**
**and/or $10,000,000 fine;**
**not less than 5 years nor more than life supervised release; a**
**$100 special penalty assessment; and**
**denial of certain federal benefits pursuant to**
**21 U.S.C. §§ 862 and 862a;**

**NOTICE OF CRIMINAL FORFEITURE**
**ALLEGATIONS**

CASE
NO.   4:17-CR-6029-EFS-1

AUSA
INITIAL   SAV

PENALTY SLIP – SUPERSEDING INDICTMENT