UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 15, 2018

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | RAMOS, Rene | Docket No. | 4:17-CR-06029-EFS-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Rene Ramos, who was placed under Pretrial Supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke in the Court at Yakima, Washington, on the 31st day of July 2017, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state, or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of Pretrial Supervision in the Eastern District of Washington by:

**Violation #1:** The defendant has violated his period of pretrial supervision by committing the offenses of interfering with the reporting of domestic violence and simple assault, domestic violence, on or prior to February 14, 2018.

REQUESTING A WARRANT BE ISSUED

|   |   |   |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on: 02/15/2018 |
| | by | s/David L. McCary |
| | | David L. McCary |
| | | U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action

[x] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.

[ ] Defendant to appear before the Judge assigned to the case.

[ ] Defendant to appear before the Magistrate Judge.

[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

2/15/2018

Date